UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN ANN RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01323-SAB<br><br>ORDER RE THIRD STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

On September 19, 2019, Gwen Ann Ramirez ("Plaintiff") filed this action seeking review of the final decision of the Commissioner of Social Security's ("the Commissioner") decision denying her application for benefits. On January 27, 2020, the administrative record was filed and, pursuant to the scheduling order, Plaintiff was to serve her confidential letter brief within thirty days. On February 26, 2020, Plaintiff filed a stipulation for an extension of time to serve her letter brief that was granted. On March 20, 2020, Plaintiff filed a second request for an extension of time to serve her letter brief which was granted.

On June 9, 2020, Plaintiff filed a stipulated request for an extension of time to file her opening brief. In the stipulation, Plaintiff's counsel states that due to COVID-19 the office is operating with limited staff and that Counsel must still continue normal operations but with a significantly reduced level of support. Counsel states that during the week of June 14, 2020, Plaintiff's Counsel has twenty five administrative hearings, two motions for summary judgment,

five opening briefs, and three reply briefs due.  The week of June 21, 2020, Plaintiff's Counsel had twenty eight administrative hearings, twelve opening briefs, and one letter brief due.  While the Court is cognizant of the difficulties associated with working remotely during this unprecedented time period, it appears to the Court that Plaintiff's counsel is now routinely requesting multiple such extensions in all cases before this Court.  See Jones v. Comm. of Soc. Sec., No. 1:19-cv-01049-SAB (E.D. Cal.); Gonzalez v. Comm. of Soc. Sec., No. 1:19-cv-01128-SAB (E.D. Cal.); Perez v. Comm. of Soc. Sec., No. 1:19-cv-01182-SAB (E.D. Cal.); Tatum v. Comm. of Soc. Sec., No. 1:19-cv-01263-SAB (E.D. Cal); Lopez v. Comm. of Soc. Sec., No. 1:19-cv-01311-SAB (E.D. Cal..  These are only a few of the one hundred seventy four open cases that counsel is litigating in this district.  Each of these requests that this Court has reviewed sets forth similar workload issues and based on these motions, the issue may be that counsel has taken on more cases than he is able to litigate rather than due to the current conditions that exist due to COVID-19.  The Court shall grant this request, but no further extensions will be granted for Plaintiff to file her opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation for an extension of time is GRANTED:

2. Plaintiff's opening brief shall be filed on or before July 27, 2020;

3. The Commissioner's response shall be filed on or before August 26, 2020; and

4. Plaintiff's reply, if any, shall be filed on or before September 10, 2020.

IT IS SO ORDERED.

Dated:  **June 9, 2020**

UNITED STATES MAGISTRATE JUDGE