# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN ANN RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01323-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 25) |

　　　　On November 5, 2020 an order was filed granting in part Plaintiff's appeal of the final decision of the Commissioner of Social Security denying her application for disability benefits.  On December 28, 2020, the parties filed a stipulation for the award of attorney fees.

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of seven thousand four-hundred dollars are awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **December 29, 2020**　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE